No. 306. W. F. BAIRD, ADMINISTRATOR, ETC., PLAINTIFF IN ERROR, *v.* J. D. MONROE ET AL. In error to the Supreme Court of the State of California. Motions to dismiss or affirm submitted October 21, 1907. Decided October 28, 1907. *Per Curiam.* Dismissed for the want of jurisdiction. *Oxley Stave Company* v. *Butler County,* 166 U. S. 648; *Hulbert* v. *Chicago,* 202 U. S. 275; *Miller* v. *Cornwall Railroad Company,* 168 U. S. 134; *Mutual Life Insurance Company* v. *McGrew,* 188 U. S. 291; *Howard* v. *Fleming,* 191 U. S. 126; *New Orleans Waterworks Company* v. *Louisiana,* 185 U. S. 336. *Mr. Rufus H. Thayer* for plaintiff in error. *Mr. John M. York* for defendants in error.

No. 358. THE BLYTHE COMPANY, PLAINTIFF IN ERROR, *v.* BANKERS' INVESTMENT COMPANY ET AL. In error to the Supreme Court of the State of California. Motions to dismiss or affirm submitted October 21, 1907. Decided October 28, 1907. *Per Curiam.* Dismissed for the want of jurisdiction. *Blythe* v. *Hinckley,* 84 Fed. Rep. 228; *Blythe Company* v. *Blythe,* 172 U. S. 644; *Blythe Company* v. *Hinckley,* 111 Fed. Rep. 827; *Blythe Company* v. *Hinckley,* 184 U. S. 701; *Blythe* v. *Hinckley,* 180 U. S. 333; *Dupaneur* v. *Rochereau,* 21 Wall. 130; *Metcalf* v. *Watertown,* 153 U. S. 671; *Blythe Company* v. *Bankers' Investment Company,* 147 California, 82; *Missouri Pacific Railway* v. *Fitzgerald,* 160 U. S. 558, 582; *Temple* v. *Hagar,* 4 Wall. 432, 434. *Mr. George W. Towle* for plaintiff in error. *Mr. Frederic D. McKenney, Mr. E. S. Heller* and *Mr. Thomas I. Bergin* for defendants in error.